Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 OCT 18 PM 12: 12

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraksa

Civil Division

| | |
|---|---|
| Susanne Becker | Case No. 8:23cv456 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☒ No |
| -v- | |
| Landon Thornton etc. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

RECEIVED
OCT 18 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 County Road 27 |
| | Scottsbluff, NE 69361 |
| | *City / State / Zip Code* |
| County | Scotts Bluff |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | James A Casson JR |
| Job or Title *(if known)* | Officer-in-charger and Postmaster |
| Address | 120 west 20th street |
| | Scottsbluff, NE 69361 |
| | *City / State / Zip Code* |
| County | Scotts Bluff |
| Telephone Number | 308-635-1121 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Curtis J. Shields |
| Job or Title *(if known)* | Postmaster |
| Address | 2145 Main street |
| | Torrington, WY 82240 |
| | *City / State / Zip Code* |
| County | Goshen |
| Telephone Number | 800-275-8777 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**Defendant No. 3**

| | |
|---|---|
| Name | Landon L. Thronton |
| Job or Title *(if known)* | Postmaster of Amarillo |
| Address | 2301 Ross street |
| | Amarillo — TX — 79120 |
| | *City — State — Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[X] Individual capacity  [X] Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Sean S. Michael |
| Job or Title *(if known)* | Postmaster |
| Address | |
| | Alliance — NE — 69361 |
| | *City — State — Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

31 CFR 0.211 falsification of offical records, title 18 section 1506

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

31 CFR 0.211 falsification of offical records, title 18 section 1506

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

According to my OPM file, my FMLA was being used by Torrington, WY in the year of 2016-2017 when my assigned office was Scottsbluf, Ne and Amarillo, Texas.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

On October 13, 2023, I applied for the Army national Guard in Scottsbluff, Ne where in which the National Guard would give my status upgrade for prior government service.

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 15, 2023, I looked at a copy of my OPM file and saw that the information in my OPM file was wrong and did not match according to the different database record pulls for 2016-2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The USPS Post of Torrington Wy and Postmaster Curtis Shields, Post of Scottsbluff, Ne and Postmaster James A Casson JR, Postmaster Sean Michael of Alliance (supervisor at Scottsbluff in 2016-17) and Postmaster of Amarillo, Texas landon Thornton : All did falsiciation of official records by issuing misleading documents to my offical OPM title 5 records by distroying my government record in the database and altering records from one office to another by means of TACS to steal sick leave, annual leave, grade status and pay for their owe use.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My federal title 39 is connected to my federal title 5 file which would be connected to my federrral title 32 file which if I have to go OVER SEAs then my title 32 file would be connected to my title 10 file. This means that title 39 also called the Postmasters and Supervisors injured my federal recorded do to he fact that I would have to be accountable for everything that is put in my title 5 record but since i found that I was just a letter carrier with no access to the database the Postmaster and Supervisors of the USPS is at fault for my federal record by falsified because they are in direct access to my information.

The postmasters entered information into my records saying my FMLA was approved for Torrington, Wy but I was stationed out of Amarillo, Texas in 2017 and in Scottsbluff, NE in 2016. Therefore, someone was fasleying documents to look like I was stationed still in Torrington, Wy and not Scottsbluff, NE or Amarillo, TX.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I believe the Postmasers and the Supervisors are at fault for allowing this disgrace of classified records to go on for over 3 years since Sean Michaels of Alliances and Curtis Shields of Torrington, WY and Landon Thornton of Amarillo,Tx which cause me to lose my house, car, land, personal property and etc. Also, has put and make on my name that will take years to clear up and I am not able to get a position outside of the Post Office. Unless the National Guard takes me but I have to clear up my OPM file. Therefore, I want restitution of five years and 5,000 dollars from each Postmaster for each document that is my OPM that was falsely issued and placed in my title 5 OPM file. Plus, the rights to place a lien on all tangible and in-tangible of the Postmasters named within in.

Note: under the Federal criminal civil rules it is my right to issue a complaint to the federal Judge to approve restitution.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: OCTOBER 15, 2023

Signature of Plaintiff
Printed Name of Plaintiff   Susanne Becker

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                   *City*            *State*     *Zip Code*

Telephone Number
E-mail Address

U. S. Postal Service

**EMPLOYEE INFORMATION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 03 | Employee Name-Last | HURD | 38 | Probation Expir Date | |
| 04 | Employee Name-First | SUSANNE | 39 | FLSA Status | N |
| 05 | Employee Name-Middle | | 40 | Pay Location | 031 |
| 06 | Mailing Address Street/Box/Apts | 50965 COUNTY ROAD 27 | 41 | Rural Carrier-Route | |
| | | | 42 | Rural Carr-L-Rte ID | |
| | | | 43 | Rural Carr-Pay Type | |
| 07 | Mailing Address-City | SCOTTSBLUF | 45 | Rural Carr-FLSA | |
| 08 | Mailing Address-State | NE | 46 | Rural Carr-Commit | |
| 09 | Mailing Address-Zip+4 | 69361-7111 | 47 | Rural Carr-EMA | |
| 10 | Date of Birth | | 48 | Rural Carr-Hours | |
| 11 | Veterans Preference | 1 | 49 | Rural Carr-Miles | |
| 12 | Sex | | 50 | Job Sequence | |
| 13 | Ethnicity-Race | 05 | 51 | Occupation Code | 2310-2009 |
| 14 | Disability | | 52 | Position title | CARRIER (CITY) |
| 15 | Leave Comp Date | 02-18-2006 | 53 | Labor Dist Code | 2100 |
| 16 | Enter on Duty Date | 02-18-2006 | 54 | Designation/Activity | 13/4 |
| 17 | Retirement Comp Date | 02-18-2006 | 55 | Position Type | 1 - FULL TIME |
| 18 | Serv Anniversary PPYR | 05 2006 | 56 | Limit Hours | 0 |
| 19 | TSP Eligibility | | 57 | Allowance Code | M - CHANGING DES/ACT, OCC |
| 20 | TSP Service Comp Date | 02-18-2006 | 58 | Employment Type | |
| 21 | Prior CSRS Service | | | **SALARY INFORMATION** | |
| 22 | Frozen CSRS Time | | 59 | Pay Rate Code | A |
| 23 | Leave Data Category | 6.00 - HOURS/PP | 60 | Rate Schedule Code | Q - CITY CARRIERS |
| 24 | Leave Data-Chg PPYR | 06 2021 | 61 | Grade/Step | 01/ K |
| 25 | Leave Data-Type | 1 - ADVANCE AL - EARN SL | 62 | Base Salary | 59324.00 |
| 26 | Credit Military Serv | 0000 | 63 | Cola | 0.00 |
| 27 | reserved for future use | | 64 | Cola Roll-In Ind | |
| 28 | Retirement Plan | 8 - FERS | 65 | Next Step PPYR | 23 2017 |
| 29 | Employee Status | LW - LEAVE WITHOUT PAY | 66 | Merit Anniv Date | |
| 30 | Life Insurance | Z5-Basic+Opt A+5x B+5x C | 67 | Merit Lump Sum | 0.00 |
| 31 | Special Benefits | | 68 | Special Salary Code | |
| | **POSITION INFORMATION** | | 69 | Protected RSC | |
| 32 | Employ Office-Fin No | 48-0227 | 70 | Protected Grade/Step | / |
| 33 | Employ Office-Name | AMA- MAIN POST OFFICE | 71 | Expiration PPYR | |
| 34 | Employ Office-Address | MANAGER AMA- MAIN POST OFFICE 2301 ROSS ST | 72 | Protected RC Hours | |
| | | | 73 | Protected RC Miles | |
| 35 | Duty Station-Fin No | 48-0227 | 74 | RC Guaranteed Salary | |
| 36 | Duty Station-Name | AMA- MAIN POST OFFICE | 75 | Annuity Amount | 0.00 |
| 37 | Appt Expiration Date | | | | |

**NATURE OF PERSONNEL ACTION**

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 77 | Nature of Action Code | 460 | 78 | Authority | 39-USC Sect 1001 |
| 79 | Description | LWOP (EXCEEDING 30 CALENDAR DAYS) | | | |
| 80 | Code | | 81 | Code | |
| 82 | Code | | 83 | Code | |
| 84 | Remarks | | | | |

PERSON ID ▇▇▇ PERS ASSGN ▇▇▇
EMPLOYEE PLACED ON REGULAR LWOP. PER TACS, EMPLOYEE NON PAY STATUS BEGINS EFFECTIVE 03 14 2017. REMEDY INC 12952828. HRSSC KMCKANE PPS 07 24 2017

| 85 | Authorization | MANAGER, HUMAN RESOURCES SHARED SERVICE CENTER | 86 | Processed Date | 07-24-2017 |
|---|---|---|---|---|---|
| | | | 87 | Personnel Office ID | |
| | | | 88 | OPF Location | |

PS Form 50, January 2009 (Exception to Standard Form 50)

CONFIDENTIAL

USPS (S. HURD) - 00057



**FMLA Data Report**

Report: ERM830R3   v3.002  
Current as of: PP 11 Week 2 of 2019  
Page 13 of 27  
Report run on: 06/23/19 07:48:23

Your Selection Criteria:  Employee ID: All Cases Date Range From: 01-JAN-15 Through: 31-DEC-17

Case ID: 108000871480  
Employee ID: [redacted]  
Employee Name: HURD, SUSANNER  
Pay Location: 0   DEFAULT  
Finance #: 57-9082   TORRINGTON WY  
FMLA Request Date: 02/13/2017  
# Leave Instances: 12  
Request Finance #: 480227   TORRINGTON WY  
Last Updated: 11/13/2017  
Request Pay Location: 031   DEFAULT  
Last Updated By: TACS  
Frequency: leave 02/13/17-03/13/17  
Request User: TACS  
Duration:  
Action Code: A   Approved  
Remarks Code:  
Category Code: 1   Serious Health (Self)  
Packet Type: Designation Approval  
Condition Code: 2   Incapacity and Treatment  
Date Sent To Topeka: 03/10/2017  
Review Date:  
Date Mailed: 03/13/2017  
Action Date From: 02/13/2017  
Create Date: 03/10/2017  
Action Date Thru: 03/13/2017  
Create By User: VB4WR0  
Cancel Date:  
Cancel By User:

Applied Leave: 03/10/2017  03/10/2017  8.00     056-99  
              03/08/2017  03/08/2017  8.00     056-99  
              03/07/2017  03/07/2017  8.00     056-99  
              03/06/2017  03/06/2017  8.00     056-99  
              03/04/2017  03/04/2017  8.00     056-99  
              03/03/2017  03/03/2017  8.00     056-99  
              03/02/2017  03/02/2017  8.00     056-99  
              02/28/2017  02/28/2017  8.00     056-99  
              02/27/2017  02/27/2017  8.00  U  056-99  
              02/25/2017  02/25/2017  8.00  U  056-99  
              02/21/2017  02/27/2017  40.00 U  056-99  
              02/14/2017  02/18/2017  40.00 U  056-99

FMLA Comments: 03/10/2017  VB4WR0   WH-382 Designation Approval

03/10/2017  VB4WR0   Employee Contact   Approved EE leave 02/13/17-03/13/17

03/09/2017  QRB7M0   Certification Received   3/4/17 - 380E Mail

03/09/2017  QRB7M0   Certification Received   3/4/17 - 380E Fax page 1

03/09/2017  QRB7M0   Certification Received

03/02/2017  VZVDR0   Miscellaneous   Rev. Msg. for date(s) requested (02/25/17; 02/27; 02/28; 03/02/17; 03/03/17); WH 381 Eligibility previously sent. Cert due back: 03/04/17. Current work hours (1762.19). No further action taken.

02/14/2017  ERM021P0   WH-381 Eligibility

02/14/2017  ERM021P0   WH-381 Eligibility packet sent for leave beginning on 02/14/2017

02/13/2017  TACS   Self

CONFIDENTIAL                                                               USPS (S. HURD) - 000138

BECKER
50965 CI227
Scottsbluff, NE
69361

7022 3330 0002 1881 9425

U.S. District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322

RECEIVED
OCT 18 2023
U.S. DISTRICT COURT