IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LANDON THORNTON, in their Individual capacity and Official capacity; JAMES A. CASSONJR., in their Individual capacity and Official capacity; CURTIS J. SHIELDS, in their Individual capacity and Official capacity; LANDON L. THRONTON, in their Individual capacity and Official capacity; and SEAN S. MICHAEL, in their Individual capacity and Official capacity;<br><br>　　　　　Defendants. | 8:23CV456<br><br>**JUDGMENT** |

　　　　This matter is dismissed without prejudice for the reasons discussed in the Memorandum and Order entered on this date.

Dated this 6th day of August, 2024.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge